IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Coleman, Karen P

Printed: 3/25/08

Case Number: 06 B 11742
Judge: Wedoff, Eugene R
Filed: 9/19/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch: February 28, 2008
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,661.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,264.31 |
| Priority: |  | 50.63 |
| Administrative: |  | 2,900.00 |
| Trustee Fee: |  | 293.06 |
| Other Funds: |  | 153.00 |
| Totals: | 5,661.00 | 5,661.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,900.00 | 2,900.00 |
| 2. | Illinois Dept of Revenue | Priority | 50.63 | 50.63 |
| 3. | Illinois Dept of Revenue | Unsecured | 6.04 | 23.82 |
| 4. | Jefferson Capital | Unsecured | 131.11 | 516.58 |
| 5. | Phoenix Growth & Income Fund | Unsecured | 33.51 | 132.09 |
| 6. | Nicor Gas | Unsecured | 237.39 | 935.42 |
| 7. | Zalutsky & Pinski Ltd | Unsecured | 157.54 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 42.70 | 168.30 |
| 9. | Portfolio Recovery Associates | Unsecured | 79.40 | 312.89 |
| 10. | Premier Bankcard | Unsecured | 44.47 | 175.21 |
| 11. | Illinois Dept Of Employment Sec | Priority |  | No Claim Filed |
| 12. | Village of Flossmoor | Unsecured |  | No Claim Filed |
| 13. | Equinox International | Unsecured |  | No Claim Filed |
| 14. | Bank Financial | Unsecured |  | No Claim Filed |
| 15. | Economy Furniture & Interiors Inc | Unsecured |  | No Claim Filed |
| 16. | JTR Engy Sys/Heating & Air Conditioning | Unsecured |  | No Claim Filed |
| 17. | AT&T | Unsecured |  | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 19. | Cash Net | Unsecured |  | No Claim Filed |
| 20. | All Tire And Lube | Unsecured |  | No Claim Filed |
| 21. | Professional Account Management | Unsecured |  | No Claim Filed |
| 22. | Imagine | Unsecured |  | No Claim Filed |
| 23. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,682.79 | $ 5,214.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Coleman, Karen P | Case Number: 06 B 11742 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 3/25/08 | Filed: 9/19/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 34.94 |
| 5.4% | 258.12 |
|  | _____ |
|  | $ 293.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

